JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ERNESTO ALONSO DE LA CRUZ BONILLA,

                Petitioner,

                v.

PATRICK J. LECHLEITER, et al,

                Respondents.

Case No. 5:26-cv-00483-AB (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered as follows: Respondents are ordered to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order; (2) Respondents are ordered to provide the immigration judge conducting the bond hearing with a copy of this Order; and (3) Respondents are

/ / /

/ / /

1

ordered to release Petitioner from custody unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order.

Dated: April 14, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2